ALLSTATE INSURANCE COMPANY v. RITA ROMANO.

January 20, 1988.

Petition for certification denied.

JUDITH ELSIE MEYER v. BOARD OF EDUCATION OF THE
TOWNSHIP OF WAYNE, PASSAIC COUNTY.

January 20, 1988.

Petition for certification denied.

JOHN G. VAN DALEN v. WASHINGTON TOWNSHIP.

January 20, 1988.

Petition for certification denied.

CHARLES J. LA POLLO v. HOSPITAL SERVICE
PLAN OF NEW JERSEY.

January 20, 1988.

Petition for certification granted.   (See 220 *N.J.Super.* 243)